**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 404 EAL 2023
                                :
            Respondent          :
                                :
                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court
        v.                      :
                                :
                                :
CORY JACKSON,                   :
                                :
            Petitioner          :


COMMONWEALTH OF PENNSYLVANIA, : No. 405 EAL 2023
                                :
            Respondent          :
                                :
                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court
        v.                      :
                                :
                                :
CORY J. JACKSON,                :
                                :
            Petitioner          :


COMMONWEALTH OF PENNSYLVANIA, : No. 406 EAL 2023
                                :
            Respondent          :
                                :
                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court
        v.                      :
                                :
                                :
CORY J. JACKSON,                :
                                :
            Petitioner          :


COMMONWEALTH OF PENNSYLVANIA, : No. 407 EAL 2023
                                :
            Respondent          :
                                :
                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court
        v.                      :

CORY J. JACKSON,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

CORY J. JACKSON,

        Petitioner

:
:
:
:
:
:
:  No. 408 EAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.

[404 EAL 2023, 405 EAL 2023, 406 EAL 2023, 407 EAL 2023 and 408 EAL 2023] - 2